IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| AGRIFINA CORPUZ QUIANE, | ) | CV 25-00490 DKW-KJM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WEST PHYSICIANS | ) | |
| ASSOCIATES, LLC; et al. , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 03, 2026, Dkt. No. 69, and objections having been filed (Dkt. No. 70) and then withdrawn (Dkt. No. 71) by the WPA Defendants,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny WPA Defendants' Motion for Attorneys' Fees", ECF No. 69, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: May 14, 2026 at Honolulu, Hawaii.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge